IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

AHMED G. TURAY, JR.,

    Plaintiff,

v.

BEAVERTON POLICE DEPARTMENT,

    Defendants.

Case No. 3:21-cv-01112-CL

ORDER

MCSHANE, Judge:

Magistrate Judge Mark D. Clarke filed a Findings and Recommendation, ECF No. 5, and the matter is now before this court.[1] *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. I review *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct.

Magistrate Judge Clarke's Findings and Recommendation, ECF No. 5, is adopted in full. Because the defects in Plaintiff's complaint cannot be cured by amendment, Plaintiff's complaint, ECF No. 2, is dismissed with prejudice. All pending motions are denied as moot.

IT IS SO ORDERED.

---

[1] Although Plaintiff failed to file timely objections, he moves for leave to file an amended complaint. Pl.'s Mot., ECF No. 8. Because Plaintiff's claims are barred by the statute of limitations, any amendment would be futile. Plaintiff's Motion for Leave to File an Amended Complaint, ECF No. 8, is DENIED.

1 –ORDER

DATED this 22nd day of October, 2021.

       /s/ Michael J. McShane
Michael McShane
United States District Judge

2 –ORDER